UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERSONKING NWANEKE ANYANWU, | CASE NO. C26-1411JLR |
| Petitioner, | ORDER |
| v. | |
| BRUCE SCOTT, et al., | |
| Respondents. | |

On April 28, 2026, Petitioner Jeffersonking Nwaneke Anyanwu, who is proceeding *pro se* and *in forma pauperis* ("IFP"), filed a petition under 28 U.S.C. § 2241 seeking his immediate release from the Northwest ICE Processing Center. (Pet. (Dkt. # 5); IFP Order (Dkt. # 4).) On May 12, 2026, the Government[1] filed a return. (Return

---

[1] The Federal Respondents are the Acting Immigration Customs Enforcement ("ICE") Field Office Director Laura Hermosillo; Secretary of Department of Homeland Security Markwayne Mullin; and Acting Attorney General Todd Blanche (together, the "Government"). (Pet. at 1.)

ORDER - 1

(Dkt. # 9).)  On May 26, 2026, Petitioner filed a traverse.  (Traverse (Dkt. # 11).)  In the traverse, Petitioner asserts, in pertinent part, that, given that his final order of removal is administratively final, he is subject to detention pursuant to 28 U.S.C. § 1231(a)(6).  (*Id.* at 6.)  Conversely, the Government contends that Petitioner is subject to detention pursuant to 8 U.S.C. § 1226(c) pending the outcome of his petition for review.  (Return at 1.)  Because Petitioner raises new legal issues in the traverse that were not addressed in the petition, the court GRANTS the Government leave to file a response addressing the issues Petitioner raises in the traverse, namely the basis for Petitioner's continued detention and the Government's efforts, if any, to effectuate his removal to Nigeria since the order of removal became administratively final.  The Government shall file its brief, if any, by no later than **Tuesday, June 9, 2026**.  Petitioner may file a response to the Government's brief, if any, by no later than **Monday, June 22, 2026**.

Dated this  3rd day of June, 2026.

_____

JAMES L. ROBART
United States District Judge

ORDER - 2